Danny Ray Meeks, #116192
B.C.C.X., U-3-10-a
1045 Horsehead Road
Pikeville, TN 37367

September 18, 2015

RECEIVED
IN CLERK'S OFFICE
SEP 23 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

Honorable Hannah B. Blaney
DEPUTY CLERK, CASE MANAGER
UNITED STATES DISTRICT COURT
Columbia Division
U.S. Courthouse, Room 800
801 Broadway
Nashville, TN 37203

RE: REQUEST FOR DOCKET SHEET **1:15-cv-00026**
    Sills v. Corrections Corporation of America, et al.

Dear Ms. Blaney,

    I am writing to request a copy of the Docket Sheet in the above referenced case. I would appreciate receiving a copy and if there is to be a fee for this service I will have the amount forwarded to you upon receipt of the amount I am to pay.

    Thank you for your time, attention, consideration and any assistance you may render in this request. I look forward to your response.

I remain, as Always,

Respectfully yours,

*/s/ Danny Ray Meeks*
Danny Ray Meeks

xc: Personal File
    Case Number: 1:2015-cv-00026

DRM/

Danny Ray Meeks, #116192
B.C.C.X., U-5-10-a
1045 Horsehead Road
Pikeville, TN 37367

PRIVILEGED LEGAL MAIL

1:15-cv-00026

RECEIVED
IN CLERK'S OFFICE
SEP 23 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

Hannah B. Blaney
DEPUTY CLERK, CASE MANAGER
UNITED STATES DISTRICT COURT
Columbia Division
U.S. Courthouse, Room 800
801 Broadway
Nashville, TN 37203

PRIVILEGED

