IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JERRY SILLS, as administrator of the estate of Jeffery Thomas Sills, deceased, for the benefit of Jason Sills and Jacob Sills,<br><br>PLAINTIFF,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>DEFENDANTS. | CASE NO. 1:15-cv-0026<br>Judge Crenshaw |

---

## STIPULATION OF DISMISSAL

---

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to the dismissal with prejudice of all claims raised by Plaintiff against Defendants, Corrections Corporation of America, Jean Dorvil, Roger West, Brett Junker, Kyle Hunt, Jonathan Tatum, Patrick Stillman, Daniel J. Sullivan, Tyler Prater, Jason Whitehead, Michael Ward, Scott Follansbee, Doreen Trafton, M. Rhodes and unnamed John Does, in the above-styled cause of action.

This voluntary dismissal against all Defendants is with prejudice and each of these parties will bear their own discretionary costs and attorney's fees, and no party will apply for, or be awarded, any such costs or fees.

STIPULATED TO AND APPROVED FOR ENTRY:

BULLOCH, FLY, HORNSBY & EVANS

s/Luke A. Evans_____
LUKE A. EVANS, BPR #23620
HEATHER G. PARKER, BPR#30293
Attorneys for Plaintiff
302 North Spring St.
P.O. Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154
lukeevans@bfhelaw.com
heatherparker@bfhelaw.com


MOSELEY & MOSELEY

s/James Bryan Moseley_____
JAMES BRYAN MOSELEY, BPR #21236
Attorney for Plaintiff
237 Castlewood Drive, Suite D
Murfreesboro, TN 37129
(615) 244-2270
bryan.moseley@moseleylawfirm.com


PENTECOST, GLENN, MAULDIN & YORK, PLLC

s/James I. Pentecost_____
JAMES I. PENTECOST, BPR #11640
J. AUSTIN STOKES, BPR #31308
Attorneys for Defendants
106 Stonebridge Boulevard
Jackson, Tennessee 38305
(731) 668-5995 - Telephone
(731) 668-7163 – Facsimile
jpentecost@pgandr.com
astokes@pgandr.com

BUTLER SNOW LLP

s/Erin Palmer Polly_____
Joseph F. Welborn, III, BPR #15076
Erin Palmer Polly, BPR #22221
Attorneys for Defendant Roger West
The Pinnacle at Symphony Place
150 Third Avenue, South, Suite 1600
Nashville, Tennessee 37201
(615) 651-6700
(615) 651-6701
Erin.Polly@butlersnow.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via electronic mail via the Court's electronic filing system ("ECF") upon:

| | |
|---|---|
| Luke A. Evans | James Bryan Moseley |
| Heather Parker | Moseley & Moseley |
| Bullock, Fly, Hornsby & Evans | 237 Castlewood Drive, Suite D |
| 302 N. Spring Street | Murfreesboro, TN 37129-5166 |
| PO Box 398 | |
| Murfreesboro, TN 37133-0398 | Joseph F. Welborn, III |
| | Erin Palmer Polly |
| Paul J. Bruno | Butler Snow LLP |
| The Bruno Firm | The Pinnacle at Symphony Place |
| 5115 Maryland Way | 150 Third Avenue, South, Suite 1600 |
| First Floor | Nashville, Tennessee 37201 |
| Brentwood, TN 37027 | |

on or before the filing date thereof.

DATE: This the 8th day of March, 2017.

By: s/James I. Pentecost_____
James I. Pentecost